a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **NECTIS DAMARI GOMEZ LAWRENS,**<br>Petitioner | **CIVIL DOCKET NO. 3:25-CV-02133**<br>**SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **PAMELA BONDI, ET AL,**<br>Respondents | **MAGISTRATE JUDGE PEREZ-MONTES** |

## MEMORANDUM ORDER

Before the Court is Motion for Order to Show Cause (ECF No. 4) filed by Petitioner Nectis Damari Gomez Lawrens ("Lawrens"), an immigration detainee at Richwood Correctional Center in Richwood, Louisiana. Lawrens seeks an expedited briefing schedule on his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

The Motion is GRANTED IN PART to the extent it generally seeks expedited consideration, but DENIED IN PART to the extent it seeks the issuance of a response by January 22, 2026.

IT IS ORDERED that a Response be filed within **14 days** following the date of this Order. Petitioner shall have seven days following the Response within which to file a reply brief.

THE CLERK IS INSTRUCTED to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

SIGNED on Friday, January 16, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE