# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

GOMEZ LAWRENS, NECTIS DAMARI      CIVIL ACTION NO. 3:25-cv-02133
AKA GOMEZ-LAURENS DAMARIS

VERSUS                            DISTRICT JUDGE DAVID C. JOSEPH

PAMELA BONDI, ET AL             MAGISTRATE JUDGE PEREZ-MONTES

### ORDER

Considering the Motion for Leave to File Expansion of Page Limitations filed by the Federal Respondents having been considered:

IT IS ORDERED that the motion is GRANTED and Federal Respondents are permitted to file its oversized response pleading in the record.

THUS, DONE AND SIGNED in Alexandria, Louisiana, this __4th__ day of February 2026.

UNITED STATES MAGISTRATE JUDGE